**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2169**

GARY W. JACKSON,

                    Plaintiff - Appellant,

          v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  James P. Jones, Chief
District Judge.  (2:08-cv-00041-jpj-pms)

Submitted:  August 31, 2010          Decided:  September 15, 2010

Before MOTZ, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph E. Wolfe, Norton, Virginia, for Appellant.  Eric P.
Kressman, Regional Chief Counsel, Brian O'Donnell, Supervisory
Attorney, SOCIAL SECURITY ADMINISTRATION, Philadelphia
Pennsylvania; Timothy J. Heaphy, United States Attorney, Charles
J. Kawas, Special Assistant United States Attorney, Roanoke,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary W. Jackson appeals the district court's order granting the Government's motion for summary judgment and affirming the decision of the Commissioner. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jackson v. Commissioner of Social Security, No. 2:08-cv-00041-jpj-pms (W.D. Va. Aug. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED